**Information to identify the case:**

Debtor 1    Shakirah Monasterio
_____
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   _____
First Name    Middle Name    Last Name

United States Bankruptcy Court   District of New Jersey

Case number:   26–14157–EJO

Social Security number or ITIN   xxx–xx–6125
EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _
EIN   _ _–_ _ _ _ _ _ _

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shakirah Monasterio

7/24/26

**By the court:**   Eamonn James O'Hagan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:

Shakirah Monasterio

    Debtor

Case No. 26-14157-EJO

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3             User: admin             Page 1 of 3

Date Rcvd: Jul 24, 2026             Form ID: 318             Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shakirah Monasterio, 18 High Point Way, Piscataway, NJ 08854-5002 |
| 521075190 | + | Concord Finance, Attn: Bankruptcy, 4343 N Scottsdale Rd, Suite 270, Scottsdale, AZ 85251-3352 |
| 521075196 | + | Extra, Attn: Bankruptcy, 150 Sutter Street, P.O. Box 372, San Francisco, CA 94104-0372 |
| 521075205 | + | Seaport Fcu, 5080 Mclester St, Elizabeth, NJ 07201-3013 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QTJORR.COM | Jul 25 2026 00:51:00 | Thomas Orr, Law Office of Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 24 2026 21:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 24 2026 21:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521075187 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 24 2026 21:27:11 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 521075191 | | Email/Text: cfcbackoffice@contfinco.com | Jul 24 2026 21:27:00 | Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 521075188 | + | EDI: CAPONEAUTO.COM | Jul 25 2026 00:51:00 | Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 521075192 | + | Email/Text: bankruptcy@credencerm.com | Jul 24 2026 21:28:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 521075193 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 24 2026 21:26:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 521075194 | + | EDI: CCS.COM | Jul 25 2026 00:51:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 521075195 | + | Email/Text: bk@crealusa.com | Jul 24 2026 21:27:00 | Credito Real USA/FinBe USA, Attn: Bankruptcy Dept, 1475 W Cypress Creek Rd. Suite #300, Fort Lauderdale, FL 33309-1931 |
| 521075197 | + | EDI: AMINFOFP.COM | Jul 25 2026 00:51:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 521075198 | + | EDI: LCIICSYSTEM | Jul 25 2026 00:51:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Highway 96 East P.O. Box 64378, St. Paul, MN 55164-0378 |
| 521075201 | | Email/Text: bankruptcies@kovocredit.com | Jul 24 2026 21:26:00 | Kovo Inc, Attn: Bankruptcy, 9450 Sw Gemini Dr, |

District/off: 0312-3                      User: admin                                  Page 2 of 3

Date Rcvd: Jul 24, 2026                   Form ID: 318                              Total Noticed: 25

| | | | Suite 87907, Beaverton, OR 97008 |
|---|---|---|---|
| 521075199 | + Email/Text: bankruptcy@kikoff.com | Jul 24 2026 21:26:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 521075202 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 21:36:12 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 521075203 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 24 2026 21:27:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 521075204 | + Email/Text: bankruptcy@holidayinnclub.com | Jul 24 2026 21:26:00 | Orange Lake Resorts, Attn: Bankruptcy, 8505 W. Irlo Bronson Memorial Hwy,, Kissimmee, FL 34747-8217 |
| 521075206 | Email/Text: bankruptcy@self.inc | Jul 24 2026 21:27:00 | Self Financial/lead Ba, Selfinc/lead, Self Financial, Inc., Attn: Bankruptcy, Po Box 11, Southlake, TX 76092 |
| 521075207 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jul 24 2026 21:26:00 | Sezzle, Attn: Bankruptcy, 700 Nicollet Mall, Suite 640, Minneapolis, MN 55402 |
| 521075208 | + Email/Text: bankruptcy.notices@sunrisebanks.com | Jul 24 2026 21:26:00 | Sunrise Banks, Attn: Bankruptcy, 2525 Wabash Avenue, St. Paul, MN 55114-1020 |
| 521075209 | ^ MEBN | Jul 24 2026 21:22:54 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521075189 | | Christian Salazar |
| 521075200 | | Kikoff Lending Llc |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Erik Frins | on behalf of Debtor Shakirah Monasterio efrins@simonattorneys.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Thomas Orr | tom@torrlaw.com  Torr@ecf.axosfs.com |

District/off: 0312-3                                    User: admin                                    Page 3 of 3
Date Rcvd: Jul 24, 2026                                Form ID: 318                                    Total Noticed: 25

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 4